# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTOPHER M. GATES,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

Case No. C19-1185-JCC-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On April 5, 2021, Defendants filed a motion for summary judgment which was noted on the Court's calendar for consideration on April 30, 2021. (Dkt. # 30.) On May 7, 2021, Plaintiff filed a motion for summary judgment which was noted by the Clerk for consideration on June 4, 2021. (Dkt. # 36.) As it will be most efficient for the Court to consider the two pending dispositive motions at the same time, Defendants' motion for summary judgment (dkt. # 30) is RENOTED on the Court's calendar for consideration on ***June 4, 2021***.

MINUTE ORDER
PAGE - 1

The Clerk shall send copies of this Minute Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

DATED this 4th day of June, 2021.

                                    WILLIAM McCOOL, Clerk

                                    By  s/Paula McNabb
                                        Deputy Clerk

MINUTE ORDER
PAGE - 2