THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER GATES, | CASE NO. C19-1185-JCC |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY CORRECTIONAL FACILITY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for voluntary dismissal without prejudice (Dkt. No. 64) and Defendants' second motion for summary judgment (Dkt. No. 62). Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court FINDS and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 66).
2. Plaintiff's motion for voluntary dismissal (Dkt. No. 64) is GRANTED, and this matter is DISMISSED without prejudice.
3. As a result of Plaintiff's voluntary dismissal, Defendants' second motion for summary judgment (Dkt. No. 62) is DENIED as moot.
4. The Clerk is directed to send copies of this order to the parties and to Judge Peterson.

DATED this 5th day of August 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1185-JCC
PAGE - 2